IH-32    Rev: 2014-1

# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

JERELLE DUNN, and SAMUEL SEMPLE,
on behalf of themselves and all others
similarly situated,

| Plaintiff | Case Number |
|---|---|
| vs. | 21-CV-9012 |
| THE CITY OF NEW YORK, | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Nunez, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 11-cv-05845-LTS-JCF |
| N.Y.C. Department of Correction, et al. | |
| (Full Caption Attached) | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed  (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open  (If so, set forth procedural status and summarize any court rulings.)

Nunez was resolved with a consent decree, with a monitor to track conditions at Riker's Island and to recommend changes. Recently, given the degradation of conditions at Riker's Island, the Plaintiffs have made an emergency motion to enforce the consent decree.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The cases have essentially the same defendant, the City of New York, and both concern conditions at Riker's Island. Further, at least part of the evidence of the violation of plaintiffs' rights, and the rights of those similarly situated, is the consent decree and the persistent failure of the City of New York, and the New York City Department of Correction, to follow the remedial measures recommended by the monitor. In addition, discovery in this action will involve investigating many, if not all, of the same conditions the monitor has been tracking over the last several years.

Signature: /s/ Rob Rickner                                   Date: 11/2/2021

Firm: Rickner PLLC, 14 Wall Street, Suite 1603, NY, NY 10005, 212-300-6506, rob@ricknerpllc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------------x
MARK NUNEZ; RODNEY BRYE; SHAMEIK SMALLWOOD;
TRAVIS WOODS; OSCAR SANDERS; RALPH NUNEZ; KEITH
BACOTE; JOSE DEGROS; CHRISTOPHER GRAHAM; SONNY
ORTIZ; CLIFFORD SEWELL; and LESLIE PICKERING,

                                  Plaintiffs,

                                   vs.                                               11-cv-05845-LTS-JCF

CITY OF NEW YORK; DORA SCHRIRO; FLORENCE FINKLE;
MICHAEL HOURI HANE; CARMINE LABRUZZO; MARK SCOTT;
LARRY DA VIS, SR. ; WARDENS ROSE AGRO, EMMANUEL
BAILEY, ROBERT CRIPPS, EDMUND DUFFY, EVELYN
MIRABAL, KATHLEEN MULVEY, CARL TON NEWTON;
DEPUTY WARDENS RONALD JORGENSEN, ERIC RAMOS;
ASSISTANT DEPUTY WARDEN DANIELLE JOHNSON;
CAPTAINS WILLIAMS, MAJORS, MASSEY, BEHARI (Shield#
1603), SISTRUNK, ADEBOYE FADINA (Shield #1298), THEO
PRIMM (Shield# 1497), SHERMA DUNBAR (Shield# 717),
HERMAN MEDINA, RICHARD O'CONNOR (Shield #915),
DECLET (Shield # 652), ASHAKI JONES (Shield # 694), JOHN DOE
# 14, JOHN DOE #38; CORRECTIONS OFFICERS KIRKLAND,
REGINALD ROTHWELL (Shield# 18101), TODD BRISHINSKY,
SALLEY, SIDNEY DA VIES (Shield# 13893), MALCOLM DAVIS
(Shield# 841), OMAR ALSTON (Shield# 14091), WALTER DEAN
(Shield# 17183), A TEEN WILLIAMS (Shield# 17038), ROBERT
ORLANDI (Shield# 15929), LOUIS LEONARD (Shield# 3479),
CARLOS DIAZ (Shield# 17622), ADRIAN DA VIS (Shield# 12736),
CORY HUGHES (Shield # 18516), SANDY ARKHURST (Shield #
18507), ERIC THOMPSON (Shield # 18488), QUINN (Shield#
18532), REMY (Shield # 17286), JASON SOTO (Shield # 18062),
PAUL BUNTON (Shield# 14371), ANTONIO BRA VO (Shield#
17297), CHRISTOPHER SANTIAGO (Shield No . 13724), TUTEIN
(Shield # 1643); ROBERT LAMAR (Shield # 18472), HADDON
BAILLIE (Shield# 10470), GUTIERREZ (Shield# 11461), AADAM
GLENN (Shield# 18616), THOMAS, EDWIN SLOLY (Shield#
11678), NEGRON (Shield# 14362), JEAN-SIMON (Shield# 18692),
JAMAR MCMORRIS (Shield# 13605), JAIME ROMAN (Shield#
18735), SEL VIN STULTZ (Shield # 9231), SANCHEZ (Shield #
17430), LORENZO (Shield # 18667), BERTRAND (Shield# 18841 ),
WELDON and JOHN/JANE DOES# 5-7, 11-13, 15-37, 39-59, 65-66,

                                  Defendants.

------------------------------------------------------------------------------------x