UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERELLE DUNN, SAMUEL SEMPLE, ANDRE WASHINGTON, MATTHEW CHRISTIANSON, WILLIAM CLANTON, SAMIR SHABAN, and MICHAEL PENA, on behalf of themselves and all others similarly situated,<br><br>                            Plaintiffs,<br><br>      -against-<br><br>THE CITY OF NEW YORK,<br><br>                            Defendant. | NOTICE OF MOTION FOR CLASS CERTIFICATION<br><br>Case No: 21-CV-09012 (DLC) |

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jonathan C. Moore dated October 24, 2022, and the exhibits annexed thereto; memorandum of law, and upon all the previous pleadings and proceedings, Plaintiffs will move this Court, located at 500 Pearl Street, New York, NY 10007, at a date and time to be decided by the Court, for an order certifying a class pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for such other and further relief as is just and proper.

Dated:   New York, New York
            October 24, 2022

| **BELDOCK LEVINE & HOFFMAN LLP** | **RICKNER PLLC** |
|---|---|
| By: _/s/ Jonathan C. Moore_<br>    Jonathan C. Moore<br>    David B. Rankin<br>    Deema Azizi<br>    Regina Powers | By: _____/s/_____<br>    Rob Rickner<br>    Masai I. Lord (of counsel)<br>    Stephanie Panousieris<br><br>14 Wall Street, Suite 1603 |

2

| | |
|---|---|
| 99 Park Avenue, PH/26th Floor<br>New York, NY 10016<br>t: 212-490-0400<br>   212-277-5825<br>e: jmoore@blhny.com<br>   drankin@blhny.com<br>   dazizi@blhny.com<br>   rpowers@blhny.com | New York, NY 10005<br>t: 212-300-6506<br>e: rob@ricknerpllc.com<br>   mlord@lordlawgroup.com<br>   stephanie@ricknerpllc.com |

99 Park Avenue, PH/26th Floor
New York, NY 10016
t: 212-490-0400
   212-277-5825
e: jmoore@blhny.com
   drankin@blhny.com
   dazizi@blhny.com
   rpowers@blhny.com

New York, NY 10005
t: 212-300-6506
e: rob@ricknerpllc.com
   mlord@lordlawgroup.com
   stephanie@ricknerpllc.com

**THE LAW OFFICE OF
CHRISTOPHER H. FITZGERALD**

By**:**_____/s/_____
Christopher H. Fitzgerald

14 Wall Street, Suite 1603
New York, NY 10005
t: 212-266-2275
e: CFitzgerald@CHFLegal.com

*Attorneys for Plaintiffs*