**EXHIBIT 42**



💬 2

# NYC correction officer jumps from Verrazzano Bridge, dies by suicide



**Thomas Tracy, New York Daily News**

May 13, 2022 · 2 min read

A city correction officer died early Friday after jumping from the Verrazzano-Narrows Bridge — and a union linked the suicide to stress facing the rank and file.

Edward Roman, 38, parked his car near the Staten Island-side of the bridge and jumped just after 6:30 a.m. Witnesses called 911 and NYPD divers removed him from the water.



He died at the scene.

Benny Boscio, president of the Correction Officers' Benevolent Association, lamented the brutal working conditions at Rikers Island and other city jails.

"Correction Officer Roman was well-liked and respected by his fellow officers. He had his whole life and career ahead of him," Boscio said. "This tragedy is also a solemn reminder of the enormous stress correction officers face on a daily basis. The worsening conditions in our jails doesn't just affect the inmates. Our officers go to work every day not knowing if they will return home the same way they left. They go to work every day not knowing if they will miss time with their loved ones because they are forced to work a double or triple shift."



**TRENDING**

1. **Monday Night Football tracker: Patriots take on Bears amid QB debate**

2. **NFL looking into whether game refs asked Bucs WR Mike Evans for autograph**

3. **Report: Jets trading for Jaguars RB James Robinson after Breece Hall injury**

4. **J.C. Jackson is latest injured Charger with season-ending knee injury**

5. **Sarkisian apologizes for skipping Saturday's rendition of 'The Eyes of Texas'**

officers who actually show up. Inmates, meanwhile, lack basic services and medical treatment.

Boscio called on Mayor Adams' new panel examining Rikers to focus on workplace stress. The mayor signed an executive order Thursday creating a commission to seek a solution to the staffing issues and chaotic conditions in the city jails, naming his top lawyer Brendan McGuire and Deputy Mayor for Public Safety Phil Banks to run it.

Roman, who lived on Long Island, joined the Department of Correction on Dec. 22, 2011 and was assigned to the North Infirmary Command on Rikers.

"Edward Roman served this city and this department honorably as a correction officer for 10 years," DOC Commissioner Louis Molina said. "Our heartfelt condolences go out to his family and loved ones. We had been praying for his recovery, and now this tragic loss will be felt across the agency."

For individual officers, the death struck hard. "We can never do anything right, we're always working and never see our kids," said one correction officer. "At least in the NYPD, you can get fresh air and go to Starbucks."

The DOC opened a wellness center for civilian and uniformed staff in 2018, with then-Commissioner Cynthia Brann describing it as a "place of respite."

The Correction Department said it was also offering counseling to staff.