# EXHIBIT 49

# MAYOR'S MANAGEMENT REPORT

September 2022

**The City of New York**
**Mayor Eric L. Adams**

**Lorraine Grillo**
**First Deputy Mayor**

**Daniel Steinberg, Director**
**Mayor's Office of Operations**

# DEPARTMENT OF CORRECTION  Louis A. Molina, Commissioner



## WHAT WE DO

The Department of Correction (DOC) is dedicated to creating a safe and supportive environment while providing individuals in our care with a path to successfully re-enter their communities. Those in the Department's custody include individuals 18 years of age and older who are awaiting trial, who have been convicted and sentenced to less than one year of incarceration, and persons held on state parole warrants. Pursuant to New York's Raise the Age law, 16- and 17-year-olds were removed from Rikers Island prior to October 1st, 2018. The Department operates seven facilities housing people in custody, six of which are located on Rikers Island. The Department also operates court holding facilities in each of the five boroughs and one hospital prison ward. In Fiscal 2022, the Department processed 17,803 admissions and managed a combined daily population (ADP) of approximately 5,600 individuals.

Guided by correctional best practice and collaboration with criminal justice stakeholders, the Department continues to implement substantive reforms. With the goal of improving safety for staff and individuals in DOC custody, the Department is focused on increasing staff accountability; improving staffing ratios; modernizing operations; improving data tracking and transparency; developing holistic approaches to behavior management; and enhancing programs and services for those in custody to reduce idleness and promote skills development.

## FOCUS ON EQUITY

The Department is committed to building jails that serve the public interest and foster the public's trust. DOC believes that everyone benefits when people in the Department's custody are given the tools they need to have less contact with the justice system in the future. With these goals in mind, DOC is focused on creating a culture of accountability and service to persons experiencing incarceration that will ultimately lead to safer and more humane jails. To support these efforts and improve the quality of services within the jails, DOC is focused on increasing accountability, restoring and supporting best correctional practices, enhancing support for staff, increasing programming and educational opportunities, and leveraging data to modernize and improve our operations.

While the Department does not determine who comes into custody or how long an individual stays in a jail facility, DOC works hard to make sure that individuals in custody are provided with resources that support a safer environment in the jails and successful re-entry into the community upon release. DOC offers a range of programming and services to meet an individual's unique needs and challenges, including credible messengers, faith-based services, vocational training, access to education, mental health treatment and substances abuse services. Individuals in need of a higher level of support, such as the young adult population and those in restrictive housing settings, are offered enhanced, targeted programming designed to support meaningful behavioral change and more constructive responses to violent conflict. DOC also recognizes that staff are a vital resource and frontline leaders in the agency's reform efforts, and must be adequately supported. The Department is focused on improving staff wellness and increasing organizational health by investing in technology, training, and mentorship opportunities to ensure staff have the tools they need to succeed in their work.

As improvements and reforms progress, DOC is intent on increasing transparency and ensuring that policy and operational decisions are data-driven and measurable. The Department is developing a dedicated team to manage, track, and evaluate programs and operations, with the goal of sharing outcomes with local, national, and global stakeholders. As DOC continues to move towards the borough-based jail system, DOC is working to repair outdated equipment and fixtures, and implement innovative solutions to challenges that have been decades in the making and were exacerbated due to the pandemic.

## OUR SERVICES AND GOALS

**SERVICE 1** — **Provide a safe and secure environment for individuals in custody, staff and host communities.**

- Goal 1a  Ensure the security and safety of individuals in DOC custody.
- Goal 1b  Ensure that use of force is authorized and appropriate.
- Goal 1c  Provide individuals in custody with timely access to health services.
- Goal 1d  Maximize bed capacity and address cell maintenance and repairs in a timely manner.
- Goal 1e  Ensure timely transport of individuals in custody to courts throughout the City.

**SERVICE 2** — **Prepare individuals in custody for return to their neighborhoods as civil and contributing members.**

- Goal 2a  Prepare as many individuals in custody as possible for successful release through participation in skills-building programs including educational opportunities, jobs training, behavioral interventions and mental health services.
- Goal 2b  Reduce idleness by increasing participation of individuals in custody in mandated and other programs, services and activities.

**SERVICE 3** — **Provide correction-related services and information to the public.**

- Goal 3a  Provide timely notifications to crime victims.

# HOW WE PERFORMED IN FISCAL 2022

**SERVICE 1** Provide a safe and secure environment for individuals in custody, staff and host communities.

**Goal 1a** Ensure the security and safety of individuals in DOC custody.

Due to changes in broader criminal justice policies, the City jail population has changed over the years and become more challenging to manage. The incarcerated population has steadily risen despite an initial decrease at the start of the COVID-19 pandemic, far surpassing population projections made prior to the pandemic. The average daily population increased by 12 percent between Fiscal 2021 and 2022. New admissions increased by 10 percent during this reporting period and backlog in the court system resulting from the pandemic has caused many individuals to linger in DOC custody for substantially longer than they otherwise would have. Average length of stay has increased from 87 days in Fiscal 2021 to 120 days in Fiscal 2022, and nearly 30 percent of the population has been in custody for more than a year, with some having been in custody for three years or more. Data shows that the longer one remains in custody, the likelihood increases that they will be involved in a violent incident. Also on average, approximately 66 percent of individuals held in the Department's custody throughout the reporting period were awaiting trial for a violent felony offense, and nearly 19 percent of those in custody are affiliated with a security risk group (SRG), or gang. These factors contribute to a population that is larger than anticipated, spending longer in custody than in the past, and more prone to serious acts of violence and disruptive behavior while in custody. In Fiscal 2022, the challenge of managing the population was exacerbated in by staffing shortages that impacted operations throughout the Department.

While violent incidents among individuals in custody decreased by 11 percent and fight/assault infractions decreased by 18 percent between Fiscal 2021 and 2022, serious injury to individuals in custody as a result of violent incidents among individuals in custody increased by 45 percent during this time period. Slashings and stabbings saw an increase of nearly 99 percent since last fiscal year, which increased the number of serious injuries. As part of DOC's focus on increased accountability for both staff and people in custody, jail-based arrests of individuals in custody increased by 61 percent between Fiscal 2021 and 2022, with a large increase seen in the latter half of Fiscal 2022.

Since January 2022, DOC began implementing a holistic and multi-pronged approach to violence reduction, based in correctional best-practice. In February 2022, a violence reduction plan was piloted at the Robert N. Davoren Center (RNDC), which predominantly houses young adults, to address heightened levels of violence at that facility. The plan outlined changes to misguided housing polices, improvements to staff supervision and



**Violent Incidents Among Individuals in Custody (Monthly Rate per 1,000 ADP)**

| FY 18 | FY 19 | FY 20 | FY 21 | FY 22 |
|---|---|---|---|---|
| 55.9 | 68.9 | 80.1 | 98.1 | 87 |



**Individual(s) in Custody Population and Length of Stay**

| | FY 18 | FY 19 | FY 20 | FY 21 | FY 22 |
|---|---|---|---|---|---|
| Average Daily Inmate Population | 8,896 | 7,938 | 5,841 | 4,921 | 5,559 |
| Length of Stay Days | 66 | 75 | 90 | 87 | 120 |

accountability, enhanced programming and services, and an increase in facility searches and tactical search operations (TSOs). Due to the successful reduction in key violence indicators observed at RNDC as a result of the pilot, DOC will be implementing this strategy at other facilities across the Department.

In Calendar 2022, the Department has been intensely focused on contraband weapon recovery as a means of preventing serious injury to staff and people in custody. Despite an overall decrease in searches by 17 percent between Fiscal 2021 and 2022, DOC has observed a 133 percent increase in contraband weapons recovered. This was due in part due to a modest return of staff who were out sick in the second half of Fiscal 2022, which allowed for an increase in TSOs, a type of search that focuses on contraband recovery within the facilities. As the Department continues to implement violence reduction measures across the facilities, an initial increase in some violence indicators is anticipated as part of a natural response to change in some long-standing policies and practices. Regardless, the Department is committed to moving forward with these and other critical violence reduction strategies, to ensure the safety and security of those that live and work in city jail facilities.

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| ✤ Admissions | 49,455 | 39,420 | 23,317 | 16,179 | 17,803 | * | * | Down | * |
| ✤ Average daily population | 8,896 | 7,938 | 5,841 | 4,961 | 5,559 | * | * | Down | Down |
| Individuals in custody in Security Risk Group (% ADP) | 15.4% | 16.4% | 18.5% | 22.6% | 18.9% | * | * | Up | Down |
| Fight/assault infractions | 12,047 | 12,008 | 11,191 | 11,214 | 9,248 | * | * | Down | Down |
| Jail-based arrests of individuals in custody | 742 | 490 | 258 | 145 | 234 | * | * | Down | Down |
| Searches | 308,063 | 328,750 | 282,048 | 268,579 | 223,310 | * | * | Down | * |
| Weapons recovered | 3,676 | 2,882 | 2,439 | 2,159 | 5,022 | * | * | Up | * |
| ★ Violent incidents among individuals in custody (monthly rate per 1,000 ADP) | 55.9 | 68.9 | 80.1 | 98.1 | 87.0 | ⇩ | ⇩ | Up | Down |
| ★ Serious injury to individuals in custody as a result of violent incidents among individuals in custody (monthly rate per 1,000 ADP) | 2.0 | 2.5 | 9.6 | 13.0 | 18.9 | ⇩ | ⇩ | Up | Down |
| ★ Assault on staff by individual in custody (monthly rate per 1,000 ADP) | 9.2 | 12.5 | 15.8 | 19.6 | 15.8 | ⇩ | ⇩ | Up | Down |
| ★ Serious injury to staff as a result of assault on staff by individual in custody (monthly rate per 1,000 ADP) | 0.42 | 0.49 | 0.65 | 0.52 | 0.45 | ⇩ | ⇩ | Neutral | Down |
| ★ Escapes | 1 | 1 | 2 | 1 | 3 | ⇩ | ⇩ | Up | Down |
| ★ Non-natural deaths of individuals in custody | 1 | 2 | 0 | 5 | 8 | ⇩ | ⇩ | Up | Down |
| Stabbings and Slashings | 96 | 106 | 123 | 247 | 491 | * | * | Up | Down |
| ★ Critical Indicator    ✤ Equity Indicator    "NA" Not Available    ⇧⇩ Directional Target    * None | | | | | | | | | |

**Goal 1b**   Ensure that use of force is authorized and appropriate.

The population that remains in DOC custody presents a significant challenge to our staff. As part of the violence reduction plan, the Department is intensely focused providing members of service with the training and supervision they need to consistently apply use of force in line with DOC policy and correctional best-practices. While DOC's rates of use of force incidents with no injuries and minor injuries decreased by 15 percent and 31 percent, respectively, DOC's rates of use of force incidents with serious injury increased by 22 percent. Notwithstanding this increase, the Department continues its efforts to reduce unnecessary use of force and the situations that may give rise to a use of force. Each use of force incident is closely reviewed to identify any incident when force was misused and impose discipline appropriately.

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Incidents of use of force - total | 5,175 | 6,670 | 6,806 | 7,506 | 7,080 | * | * | Up | Down |
| ★ Department use of force incidents with serious injury (rate per 1,000 ADP) | 1.52 | 1.56 | 2.63 | 5.31 | 6.50 | ⇩ | ⇩ | Up | Down |
| Department use of force incidents with minor injury (rate per 1,000 ADP) | 17.43 | 19.51 | 17.79 | 17.51 | 12.06 | * | * | Down | Down |
| Department use of force incidents with no injury (rate per 1,000 ADP) | 29.57 | 49.03 | 77.95 | 102.29 | 87.23 | * | * | Up | Down |
| Incidents and allegations of use of force | 5,589 | 7,064 | 7,047 | 7,743 | 7,302 | * | * | Up | Down |

★ Critical Indicator   ✺ Equity Indicator   "NA" Not Available   ⇧⇩ Directional Target   * None

Goal 1c   Provide individuals in custody with timely access to health services.

Between Fiscal 2021 and 2022, "Individual in custody health clinic visits", which consists of the number of health clinic visits made as a result of calls to the Health Triage Line, decreased by roughly 14 percentage points. However, other health clinic visits for mental health, medication management, dental, follow-up visits, etc. have increased, which has increased the average clinic waiting time by 57%. NYC Health + Hospitals/Correctional Health Services (CHS) provides medical and mental health services for individuals in DOC custody. CHS determines whether an individual requires a scheduled medical encounter and schedules an appointment for the individual. Individuals may be scheduled for a medical encounter at the facility's clinics, elsewhere on Rikers Island, or off-island for any number of reasons, including but not limited to a call to the Health Triage Line, urgent medical need, follow-up, mental health, on-island/off-island dental, specialized discharge planning, and medication distribution. The Department works in close collaboration with CHS to produce as many individuals as possible to the clinic on a given day, while taking into account any separation orders or other safety concerns, as well as the size and capacity of the clinics. Although the Department aims to produce as many individuals to the clinic as possible, staffing shortages contributed to an increase in overall non-production numbers during Fiscal 2022.

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Individuals in custody with a mental health diagnosis (% ADP) | 43% | 45% | 46% | 53% | 50% | * | * | Up | * |
| Individuals in custody with a serious mental health diagnosis (% ADP) | 14.3% | 16.8% | 14.8% | 16.5% | 16.2% | * | * | Neutral | * |
| Individual in custody health clinic visits | 76,856 | 81,405 | 52,146 | 16,884 | 14,600 | * | * | Down | * |
| ★ – Average clinic waiting time (minutes) | 21 | 18 | 17 | 7 | 11 | ⇩ | ⇩ | Down | Down |

★ Critical Indicator   ✺ Equity Indicator   "NA" Not Available   ⇧⇩ Directional Target   * None

Goal 1d   Maximize bed capacity and address cell maintenance and repairs in a timely manner.

The jail population as a percent of capacity increased from 65 percent to 75 percent in Fiscal 2022. This increase is likely attributable in part to the backlog in the court system, causing individuals to remain in DOC custody for additional time. Additionally, the Department closed facilities in Fiscal 2022 to move forward with construction plans for the borough-based jail system, resulting in consolidation of housing areas.

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Jail-cells unavailable (short-term repair) (%) | 3.7% | 3.7% | 4.3% | 3.7% | 4.3% | 1.0% | 1.0% | Up | Down |
| ★ Population as percent of capacity (%) | 77% | 72% | 63% | 65% | 75% | 96% | 96% | Neutral | * |

★ Critical Indicator   ✺ Equity Indicator   "NA" Not Available   ⇧⇩ Directional Target   * None

| Goal 1e | Ensure timely transport of individuals in custody to courts throughout the City. |

As a result of COVID-19 prevention measures and staffing shortages, many services and operations were suspended or modified during periods of Fiscal 2022. The number of on-trial individuals in custody produced to court on time declined by 16 percentage points in Fiscal 2022. To support an increased need for remote court appearances and access to counsel, the Department added conference booths throughout facilities and reconfigured all of its devices to be compatible with the Office of Court Administration's software.

| | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| Performance Indicators | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| ✹ On-trial individuals in custody delivered to court on-time (%) | 97.7% | 97.2% | 96.7% | 94.6% | 79.1% | 95.0% | 95.0% | Down | Up |

★ Critical Indicator    ✹ Equity Indicator    "NA" Not Available    ⇧⇩ Directional Target    * None

## SERVICE 2 — Prepare individuals in custody for return to their neighborhoods as civil and contributing members.

| Goal 2a | Prepare as many individuals in custody as possible for successful release through participation in skills-building programs including educational opportunities, jobs training, behavioral interventions and mental health services. |

In addition to discharge planning, the Department understands the critical importance of job readiness in the reentry process. Although many in-person programs and services were paused due to various waves of the COVID-19 pandemic, DOC has worked throughout the pandemic to provide services in a safe, modified manner so that people in custody feel productively occupied, supported and able to focus on their future. As we have shifted to a new phase of the pandemic, program providers have returned to the facilities to provide in-person and congregate services.

| | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| Performance Indicators | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Targeted approach to jail services - Number of Sessions | NA | NA | NA | NA | 11,913 | * | * | NA | Up |
| ★ Targeted approach to jail services - Number of Participants | NA | NA | NA | NA | 6,526 | ⇧ | ⇧ | NA | Up |

★ Critical Indicator    ✹ Equity Indicator    "NA" Not Available    ⇧⇩ Directional Target    * None

| Goal 2b | Reduce idleness by increasing individual in custody participation in mandated and other programs, services and activities. |

Flooding our facilities with meaningful, targeted programming and educational services decreases idleness and, in turn, reduces violence. Our passionate workforce of programming staff, external contract providers, and uniform staff are committed to transforming our facilities into learning environments for the benefit of people in our custodial care. Due to the COVID-19 pandemic, many program providers that offered group-based programming, discharge planning, and post-release assistance suspended their in-person services. During Fiscal 2022, many providers continued to support people in custody by providing self-guided materials, establishing discharge planning hotlines, and supporting people after their release to the community. In the summer of 2021, DOC resumed in-person programming, allowing a gradual return over the course of Fiscal 2022 to offer a wide range of in-person programs and services.

Notably, in the second half of Fiscal 2022, the Department made changes to policies that would allow more credible messengers into the facilities to engage with young people in custody and interrupt violence and gang issues. As we move towards modern facilities with the borough-based jail plan, the Department is focused on modernizing the way programs and services are delivered. In Fiscal 2022, DOC expanded the use of tablets for all people in custody and continues to explore ways to expand tablet functions and capabilities.

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Average daily number of individuals in custody in counseling programs and services | NA | NA | NA | NA | 272 | * | * | NA | Up |
| Average daily number of individuals in custody in education programs | NA | NA | NA | NA | 27 | * | * | NA | Up |
| Average daily number of individuals in custody in external provider programs and services | NA | NA | NA | NA | 72 | * | * | NA | Up |
| Average daily number of individuals in custody in fine arts programs and activities | NA | NA | NA | NA | 27 | * | * | NA | Up |
| Average daily number of individuals in custody in the PAWS programs | NA | NA | NA | NA | 24 | * | * | NA | Up |
| Average daily number of individuals in custody in recreation programs | NA | NA | NA | NA | 133 | * | * | NA | Up |
| Average daily number of individuals in custody in workforce development programs | NA | NA | NA | NA | 46 | * | * | NA | Up |
| Average daily attendance in school programs | 169 | 77 | 60 | 11 | 32 | * | * | Down | * |
| ★ Individuals in custody participating in programs, services and activities (%) | 23.8% | NA | NA | NA | 7.2% | 10.0% | 10.0% | NA | Up |

★ Critical Indicator      ✤ Equity Indicator      "NA" Not Available      ⇧⇩ Directional Target      * None

## SERVICE 3 Provide correction-related services and information to the public.

### Goal 3a Provide timely notifications to crime victims.

The New York City Victim Identification Notification Everyday (VINE) system was created to give crime victims easy access to important custody information about whether a particular incarcerated individual is still incarcerated. Data is not available for the New York City Victim Identification Notification Everyday (VINE) system past October 2021.

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Victim Identification Notification Everyday (VINE) system registrations | 22,668 | 23,728 | 18,843 | 16,113 | 4,998 | * | * | Down | Up |
| VINE confirmed notifications | 32,856 | 43,092 | 29,484 | 26,303 | 12,504 | * | * | Down | Up |

★ Critical Indicator      ✤ Equity Indicator      "NA" Not Available      ⇧⇩ Directional Target      * None

## AGENCY-WIDE MANAGEMENT

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Workplace injuries reported | 3,491 | 4,291 | 4,301 | 3,911 | 2,207 | * | * | Down | Down |
| Accidents involving individuals in custody | 36 | 27 | 241 | 270 | 283 | * | * | Up | Down |

★ Critical Indicator      ✤ Equity Indicator      "NA" Not Available      ⇧⇩ Directional Target      * None

## AGENCY CUSTOMER SERVICE

| Performance Indicators | Actual | | | | | Target | | Trend | |
|---|---|---|---|---|---|---|---|---|---|
| Customer Experience | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | 5-Year | Desired Direction |
| Letters responded to in 14 days (%) | 100.0% | 100.0% | 100.0% | 0.0% | 91.7% | * | * | Down | Up |
| E-mails responded to in 14 days (%) | 100.0% | 100.0% | 100.0% | 0.0% | 72.8% | * | * | Down | Up |

★ Critical Indicator      ✤ Equity Indicator      "NA" Not Available      ⇧⇩ Directional Target      * None

## AGENCY RESOURCES

| Resource Indicators | Actual[1] | | | | | Plan[2] | | 5yr Trend |
|---|---|---|---|---|---|---|---|---|
| | FY18 | FY19 | FY20 | FY21 | FY22 | FY22 | FY23 | |
| Expenditures ($000,000)[3] | $1,400.2 | $1,374.5 | $1,287.2 | $1,259.3 | $1,416.3 | $1,336.2 | $1,275.4 | Neutral |
| Revenues ($000,000) | $21.3 | $19.9 | $12.6 | $11.4 | $11.8 | $11.5 | $15.3 | Down |
| Personnel (uniformed) | 10,653 | 10,189 | 9,237 | 8,388 | 7068 | 7,460 | 7,060 | Down |
| Personnel (civilian) | 1,886 | 1,857 | 1,803 | 1,661 | 1,559 | 2,035 | 2,042 | Down |
| Overtime paid ($000,000) | $221.7 | $180.1 | $146.6 | $153.2 | $227.7 | $139.7 | $132.7 | Neutral |
| Capital commitments ($000,000) | $34.4 | $57.9 | $42.2 | $62.0 | $499.1 | $821.9 | $1,137.9 | NA |

[1]Actual financial amounts for the current fiscal year are not yet final. Final fiscal year actuals, from the Comptroller's Comprehensive Annual Financial Report, will be reported in the next PMMR. Refer to the "Indicator Definitions" at nyc.gov/mmr for details.    [2]Authorized Budget Level    [3]Expenditures include all funds    "NA" - Not Available    * None

## SPENDING AND BUDGET INFORMATION

Where possible, the relationship between an agency's goals and its expenditures and planned resources, by budgetary unit of appropriation (UA), is shown in the 'Applicable MMR Goals' column. Each relationship is not necessarily exhaustive or exclusive. Any one goal may be connected to multiple UAs, and any UA may be connected to multiple goals.

| Unit of Appropriation | Expenditures FY21[1] ($000,000) | Modified Budget FY22[2] ($000,000) | Applicable MMR Goals[3] |
|---|---|---|---|
| Personal Services - Total | $1,091.9 | $1,181.1 | |
| 001 - Administration | $109.7 | $160.1 | All |
| 002 - Operations | $982.2 | $1,020.9 | All |
| Other Than Personal Services - Total | $167.4 | $235.2 | |
| 003 - Operations | $150.6 | $217.3 | All |
| 004 - Administration | $16.8 | $17.9 | All |
| Agency Total | $1,259.3 | $1,416.3 | |

[1]Comprehensive Annual Financial Report (CAFR) for the Fiscal Year ended June 30, 2021. Includes all funds.    [2]City of New York Adopted Budget for Fiscal 2022, as of June 2022. Includes all funds.    [3]Refer to agency goals listed at front of chapter.    "NA" Not Available    * None

## NOTEWORTHY CHANGES, ADDITIONS OR DELETIONS ✎

- Louis A. Molina was appointed Commissioner on 12/16/2021 and assumed leadership of the agency 1/1/2022.
- Data is not available for the New York City Victim Identification Notification Everyday (VINE) system past October 2021.
- The definition of the 'Non-natural deaths of individuals in custody' indicator has been updated to clarify that DOC does not determine cause or manner of death; cause of death can only be reported once the NYC Office of the Chief Medical Examiner has issued a final report with a determination.
- The indicator definition for 'Individual in custody health clinic visits' has been updated to clarify that data includes the number of individuals in custody who visited a health clinic as a result of an appointment scheduled through the Correctional Health Services Health Triage Line.
- The number of non-natural deaths in Fiscal 2021 has been revised from two to five. These revisions reflect the determinations of cause or manner of death that were made by the Office of the Chief Medical Examiner after publication of the Mayor's Management Report for Fiscal Year 2021.

## ADDITIONAL RESOURCES

For additional information go to:

- The Social Indicators and Equity Report, EquityNYC: http://equity.nyc.gov/

For more information on the agency, please visit: www.nyc.gov/doc.