# EXHIBIT 54

Skip to Main Content



Home | Data | About | Learn | Alerts | Contact Us | Blog

Sign In

**BETA** Introducing our new data shaping and exploration experience: Filter, group, aggregate, and more! Try it now | Learn more

# Daily Inmates In Custody  Public Safety

View Data | Visualize

Export

API

## Access this Dataset via OData

Use OData to open the dataset in tools like Excel or Tableau. This provides a direct connection to the data that can be refreshed on-demand within the connected application.

Tableau users should select the OData v2 endpoint option.

Socrata OData Documentation

**OData Endpoint**

https://data.cityofnewyork.us/api/odata/v4/7479-ugqb | OData V4 | Copy

Done

Daily inmates in custody with attributes (custody level, mental health designation, race, gender, age, leagal status, sealed status, security risk group membership, top charge, and infraction flag). This data set excludes Sealed Cases. Resulting summaries may differ slightly from other published statistics.

Updated October 24, 2022
Data Provided by Department of Correction (DOC)

### About this Dataset

Mute Dataset

Mute this asset to stop receiving notifications. To resume notifications, you can unmute the asset at any time.

Updated
**October 24, 2022**

Data Last Updated October 24, 2022

Metadata Last Updated October 7, 2021

Date Created March 23, 2016

| Views | Downloads |
|---|---|
| **20.9K** | **6,138** |

Data Provided by Department of Correction (DOC)

Dataset Owner NYC OpenData

**Dataset Information**

| Agency | Department of Correction (DOC) |

**Update**

| Update Frequency | Daily |
| Automation | Yes |
| Date Made Public | 6/2/2016 |

**Attachments**

Disclaimer.docx

Inmate_In_Custody.xlsx

**Topics**

| Category | Public Safety |
| Tags | This dataset does not have any tags |

# What's in this Dataset?

Rows
    5,901
Columns
    13

# Columns in this Dataset

| Column Name | Description | Type |
|---|---|---|
| INMATEID | This is the primary key column that uniquely identifies each inmate record. | Number |

Data Type
    Number
API Field Name
    inmateid

| | | |
|---|---|---|
| ADMITTED_DT | This field has the admitted date and time of the incident. | Date & Time |

Data Type
    Floating Timestamp
API Field Name
    admitted_dt

| | | |
|---|---|---|
| DISCHARGED_DT | This field has the inmate discharged date and time. | Date & Time |

Data Type
    Floating Timestamp
API Field Name
    discharged_dt

| | | |
|---|---|---|
| CUSTODY_LEVEL | This has the level of cutody provided for the inmate. Values are MIN,MED,Max custody levels. | Plain Text |

Data Type
    Text
API Field Name
    custody_level

| | | |
|---|---|---|
| BRADH | BRADH has values Y or N. The inmate is under mental observation. | Plain Text |

Data Type
    Text
API Field Name
    bradh

| | | |
|---|---|---|
| RACE | Race of the inmate. | Plain Text |

Data Type
    Text
API Field Name
    race

| | | |
|---|---|---|
| GENDER | Gender of the inmate (Male or female). | Plain Text |

Data Type
    Text
API Field Name
    gender

| | | |
|---|---|---|
| AGE | Calculated Age of the inmate. | Number |

Data Type
    Number
API Field Name
    age

| | | |
|---|---|---|
| INMATE_STATUS_CODE | provides the inmate status example if an inmate id a detainee. | Plain Text |

Data Type
    Text
API Field Name
    inmate_status_code

| Column Name | Description | Type |
|---|---|---|
| SEALED | Sealed=Y implies that the inmate information is not to be shown in public. | Plain Text |
| Data Type [Text] API Field Name sealed | | |
| SRG_FLG | SRG_FLG=Y means that the inmate is an approved gang affiliation. | Plain Text |
| Data Type [Text] API Field Name srg_flg | | |
| TOP_CHARGE | Top charge for the inmate. | Plain Text |
| Data Type [Text] API Field Name top_charge | | |
| INFRACTION | Indicates whether the inmate has infraction. | Plain Text |
| Data Type [Text] API Field Name infraction | | |

Show All (13)Show Less

## Table Preview

View Data  Create Visualization

| INMATEID | ADMITTED_DT | DISCHARGED_DT | CUSTODY_LEVEL | BRADH | RACE | GENDER | AGE | INMATE_STATUS_CODE | SEALED | SRG_FLG | TOP_CHARGE | INFRA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20192951 | 03/13/2018 08:59:34 PM | | MED | Y | O | M | 38 | DE | N | N | 125.25 | Y |
| 130751 | 10/03/2016 07:31:15 PM | | MAX | Y | B | M | 55 | DE | N | N | 125.27 | Y |
| 20120282 | 09/21/2019 11:52:00 AM | | MAX | Y | B | M | 29 | DE | N | N | 125.25 | Y |
| 20215965 | 10/07/2021 04:36:52 PM | | MIN | Y | W | M | 33 | DE | N | N | 120.05 | N |
| 20216022 | 10/13/2021 12:31:45 PM | | MED | N | O | M | 42 | DE | N | N | 130.75 | N |
| 20207991 | 02/27/2020 01:26:08 AM | | MED | Y | W | M | 44 | DE | N | N | 110-120.10 | Y |
| 20035284 | 03/03/2020 04:53:49 PM | | MAX | Y | O | M | 31 | DE | N | Y | 125.25 | Y |
| 149285 | 10/15/2021 02:24:58 PM | | MIN | N | O | M | 52 | DE | N | N | 265.13 | N |
| 20186362 | 03/19/2021 01:49:25 AM | | MAX | Y | B | M | 23 | DE | N | Y | 110-125.25 | Y |
| 20213054 | 03/11/2021 04:12:31 PM | | MIN | N | O | M | 31 | DE | N | N | 120.05 | Y |
| 151448 | 09/06/2019 06:33:22 PM | | MED | Y | B | M | 37 | DE | N | N | 125.25 | Y |
| 20190728 | 08/09/2019 07:05:00 PM | | MAX | N | B | M | 24 | DE | N | Y | 110-125.25 | Y |
| 20209104 | 01/27/2020 03:46:55 PM | | MED | Y | B | F | 47 | DE | N | N | 125.25 | N |
| 130437 | 08/06/2021 04:20:55 PM | | MAX | N | B | M | 39 | DE | N | N | 125.25 | N |

Previous  Next  Showing Rows 1 to 14 out of 5,901
Click and drag to pan the chart
View Source Data➔

## Open this dataset in Carto?

Your browser will be redirected to Carto, would you like to proceed?

Note that Carto has a file size limit of 150MB or 500,000 rows.