UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
JERELLE DUNN et al.,                       :    21cv9012 (DLC)
                                           :
                    Plaintiffs,            :    ORDER
                                           :
         -v-                               :
                                           :
CITY OF NEW YORK,                          :
                                           :
                    Defendant.             :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   On October 24, 2022, the plaintiffs filed a motion for class certification.  The motion became fully submitted on December 19.  It is hereby

   ORDERED that oral argument on the motion for class certification will be held on **February 2, 2023** at **2:00 P.M.** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         January 5, 2023

                                   _____
                                        DENISE COTE
                                   United States District Judge