UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JERELLE DUNN et al.,                    :     21cv9012 (DLC)
                                        :
                    Plaintiffs,         :     ORDER
                                        :
          -v-                           :
                                        :
CITY OF NEW YORK,                       :
                    Defendant.          :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   On October 24, 2022, the plaintiffs filed a motion for class certification. The motion became fully submitted on December 19. Oral argument on the motion was held on February 2, 2023. It is hereby

   ORDERED that for the reasons stated on the record at the February 2, 2023 oral argument, the plaintiffs' October 24 motion is denied.

Dated:   New York, New York
         February 2, 2023

                                        _____
                                              DENISE COTE
                                        United States District Judge