## BELDOCK LEVINE & HOFFMAN LLP
### 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

CYNTHIA ROLLINGS
JONATHAN MOORE
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MARC A. CANNAN
DAVID B. RANKIN
LUNA DROUBI
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
JEFFREY A. GREENBERG
MARJORY D. FIELDS
EMILY JANE GOODMAN
(JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

May 2, 2023

REF: 8517.01

WRITER'S DIRECT DIAL:
212-277-5825
drankin@blhny.com

> The parties' request for a stay of discovery is denied. The parties' request for an adjournment of the scheduled mediation is granted. The parties shall write to the Court's Mediation Office by June 16, 2023 with a proposed schedule for mediation.
>
> 5/2/23
>
> /s/ Denise Cote
> DENISE COTE
> United States District Judge

**VIA ECF ONLY**

Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:   *Jerelle Dunn, et al., v. The City of New York*, No. 1:21 Civ. 9012 (DLC)

Your Honor:

The parties write to request a stay of this matter and an adjournment of the mediation scheduled for Friday, May 5, 2023. Settlement discussions are ongoing but taking longer than we had anticipated. Two of the plaintiffs got re-arrested which made getting the necessary releases from them more difficult. Presently, all parties have made demands, all required releases have been signed and exchanged, and Defendants' counsel have reviewed the medical records and submitted recommendations to the Comptroller for four of the six plaintiffs whose releases were previously obtained.

The parties anticipate a response to plaintiffs' demands this week on those four individuals, and Defendants' counsel expect to receive the medical records on the remaining two individuals within one week, to allow discussions to proceed. Before we utilize the resources of Ms. Price and the Court, we think it prudent for the parties to discuss their relative settlement positions privately and if we cannot reach a resolution without her support, we will reach not hesitate to engage her services.

The parties request the discovery be stayed, an adjournment of the scheduled mediation, and an update letter to the Court on June 2, 2023.

BELDOCK LEVINE & HOFFMAN LLP

Hon. Denise L. Cote
May 19, 2022
Page 2

We thank Your Honor for your attention to this matter.

                                                  Respectfully submitted,

                                                  David B. Rankin