```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JERELLE DUNN et al.,                      :    21cv9012 (DLC)
                                          :
                            Plaintiffs,   :        ORDER
                                          :
            -v-                           :
                                          :
CITY OF NEW YORK,                         :
                            Defendant.    :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

Pursuant to the terms of the February 2, 2023 scheduling order and the June 16, 2023 endorsement, the parties are hereby

REMINDED that the Joint Pretrial Order must be filed by November 10, 2023.

Dated:   New York, New York
         October 11, 2023

                                        _____
                                               DENISE COTE
                                        United States District Judge