UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

JERELLE DUNN, SAMUEL SEMPLE; ANDRE
WASHINGTON, WILLIAM CLANTON, SAMIR
SHABAN, and MICHAEL PENA,

                                        Plaintiffs,

                     -against-

THE CITY OF NEW YORK,

                                      Defendant.

-------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

21-cv-09012 (DLC)

      **WHEREAS,** Plaintiffs commenced this action on or about November 3, 2021, and amended the complaint on or about June 27, 2022; alleging, *inter alia,* that they were subjected to unconstitutional condition of confinement while in the custody of the New York City Department of Correction ("DOC");

      **WHEREAS,** Defendants filed their Answers to the Complaint on January 28, 2022; and to the Amended Complaint on October 3, 2022; and have denied any and all liability arising out of Plaintiffs' allegations; and

      **WHEREAS,** the parties desire to resolve the issues raised in this matter without further proceedings and without admissions of fault or liability; and

      **NOW, THEREFORE, IT IS STIPULATED AND AGREED,** by and between the undersigned, as follows:

      1.    The above-referenced action is dismissed, with prejudice, and without costs, expenses or fees in excess of the amount specified in paragraph "2" below.

      2.    Defendant City of New York agrees to pay Plaintiffs the sum of $670,000.00 (*i.e.,* "six hundred and seventy thousand dollars and zero cents") in total and full satisfaction of all

claims, including claims for costs, expenses and attorney fees. This total amount will be broken down as follows, and each individual plaintiff will receive the following amount, with an additional amount designated below for attorney fees, costs, and expenses payable directly to counsel:

        a.  Jerelle Dunn: $40,000.00;

        b.  Samuel Semple: $80,000.00;

        c.  Andre Washington: $40,000.00;

        d.  Samir Shaban: $80.000.00;

        e.  Michael Pena: $85,000.00;

        f.  William Clanton: $95,000.00;

        g.  Designated for Attorney fees/costs/expenses: $250,000.00;

3.    In consideration for the payment of this sum, Plaintiffs agree to dismissal with prejudice of all the claims in the above-captioned matter against the Defendant, and to release Defendant, its successors or assigns, and any present or former employees, officials, representatives or agents of the City of New York, and the City of New York, or any entity represented by the Office of the Corporation Counsel, from any and all liability, claims, and/or rights of action, whether known or unknown, that any Plaintiff have, or may have, arising out of or otherwise relating to, any of the events alleged in the Complaint or Amended Complaint in this action, including all claims for costs, expenses and attorney fees incurred in connection with this action.

4.    Plaintiffs shall be responsible for the payment of any federal, state and/or local taxes on the payments specified in paragraph "2" above.

5.    Plaintiffs shall execute and deliver to Defendants' attorney all documents necessary to effect this settlement, including, without limitation, (i) releases from Plaintiffs and

Plaintiffs' counsel based on the terms of paragraph "2" above; (ii) substitute W-9 forms; and (iii) an executed Affidavit of Status of Liens from Plaintiffs.

6.   Nothing contained herein shall be deemed to be an admission by any of the Defendants that they have in any manner or way violated Plaintiffs' rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York, or any other rules, regulations or bylaws of any department or subdivision of the City of New York or its agencies.

7.   This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations, except to enforce the terms of this Stipulation and Order.

8.   Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any of its agencies.

9.   This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant processing shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

10.   This document may be executed in subparts and, whether or not it is executed in subparts, a signature received by facsimile or electronic mail shall have the same force and effect as an original signature.

11.   This Stipulation and Order is final and binding on all Parties, as well as their

successors and assigns.

Dated:         New York, New York
               November 29, 2023

BELDOCK, LEVINE & HOFFMAN, LLP
*Attorneys for Plaintiffs*
99 Park Avenue
New York, NY 10006

By: _____
         David B. Rankin

HON. SYLVIA O. HINDS-RADIX
Corporation Counsel of the
    City of New York
*Attorney for Defendants*
100 Church Street, Room 2-174
New York, New York 10007
(212) 356-2086
corsland@law.nyc.gov

By: _____
         Chlarens Orsland
         Kendra Riddleberger
         Assistant Corporation Counsel

RICKNER PLLC
Robert Rickner, Esq.
*Attorney for Plaintiffs*
14 Wall Street, Suite 1603
New York, N.Y. 10005
(212) 300-6506

By: _____
         Robert Rickner

SO ORDERED:

_____
U.S.D.J.
                12/1/23

- 4 -